22716. STEWARD *v.* THE STATE.

HOOPER, J. This case is controlled by the decision in *Borders* v. *State*, 46 *Ga. App.* 212.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED DECEMBER 24, 1932.

*H. B. Moss, Mozley & Gann,* for plaintiff in error.
*George D. Anderson, solicitor-general,* contra.